### Rosenthal and Rosenthal, Inc. v. Heffernan, Appellant.

Argued January 9, 1968. Before Bell, C. J., Musmanno, Jones, Cohen, Eagen, O'Brien and Roberts, JJ.

*Thomas A. Reap, Jr.,* with him *Cormac J. Malloy,* for appellant.

*Daniel Marcu,* with him *Irving I. Solit,* for appellee.

Opinion Per Curiam, March 15, 1968:
Order affirmed.